FILED
CLERK, U.S. DISTRICT COURT

10/29/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

1  **Thomas Forbes**
2  3410 La Sierra Avenue Ste # F-496
   Riverside, CA 92503
3  [No Phone]

4  **Aurie Galvez,**
5  DBA G7 Environment LLC
   9350 Wilshire Boulevard Suite #203
6  Beverly Hills, CA 90212
7  [No Phone]

8  **Kevin Allyn,**
   DBA GreenNet, Inc aka GreenNet Corp
9  10153 Riverside Drive #756
   Toluca Lake, CA 91602
10 [No Phone]

11 Defendants In Propria Persona

12

13            **UNITED STATES DISTRICT COURT**

14       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15 3M COMPANY,                          *Case No.:* 2:20-cv-08892-PA-AFM
16              Plaintiff,
                                        DEFENDANTS, AURIE GALVEZ
17      vs.                             THOMAS FORBES AND KEVIN
                                        ALLYN ORIGINAL ANSWER TO
18 G7 ENVIRONMENT, LLC, GREEN NET,      CIVIL COMPLAINT FOR
   INC. (A/K/A GREEN NET CORP.),        TRADEMARK INFRINGEMENT,
19 AURIE GALVEZ, THOMAS FORBES,         UNFAIR COMPETITION,
20 KEVIN ALLYN, and DOES 1 – 10         TRADEMARK DILUTION, AND
                                        FALSE ADVERTISING.
21            Defendants.
                                        DEMAND FOR JURY TRIAL
22

23

24

25      **THE DEFENDANTS', AURIE GALVEZ', INDIVIDUALLY AND D/B/A G7**
26 **ENVIRONMENT, THOMAS FORBES, KEVIN ALLY, INDIVIDUALLY AND D/B/A**
   **GREEN NET INC., (A/K/A GREEN NET CORP.) ANSWER TO THE COMPLAINT**
27

28

Based on his knowledge, and information and belief, as to all matters alleged by the Plaintiff, 3M COMPANY, in this Complaint, Defendant, Aurie Galvez, Pro Se, enters this, his Answer to said Complaint stating the following as set forth in paragraphs I. 1 through 7 hereinbelow:

## I.      PARTIES FILING THIS ANSWER TO THE COMPLAINT:

A.      Name:         AURIE GALVEZ, Pro Se, and D/B/A G7 ENVIRONMENT LLC
Street Address: 9350 Wilshire Boulevard Suite #203
City & County: Beverly Hills, Los Angeles, County
State and Zip Code: CA 90212
Telephone Number: N/A
E-mail Address: N/A

B.      Name:         THOMAS FORBES, Pro Se
Street Address: 3410 La Sierra Avenue Suite # F-496
City & County: Riverside, Riverside County
State and Zip Code: CA 92503
Telephone Number: N/A
E-mail Address: N/A

C.      Name:         KEVIN ALLYN, Pro Se, D/B/A GREEN NET INC., (A/K/A GREEN
NET CORP.)
Street Address: 10153 Riverside Drive #756
City & County: Toluca Lake, Los Angeles, County
State and Zip Code: CA 91602
Telephone Number: N/A
E-mail Address: N/A

## II.      INTRODUCTION

1.      This lawsuit has been brought by 3M Company alleging that Defendant, Aurie Galvez, Pro Se, and other Defendants, have engaged in conduct that is alleged to be Trademark Infringement, Unfair Competition, Trademark Dilution, and False Advertising, and Plaintiff additionally alleges that Defendants have engaged in fraud, unauthorized use of 3M's name and famous trademarks, and further, Plaintiff alleges that Defendants have engaged in Price Gauging.

2.      Defendants, and in particular, Aurie Galvez, Pro Se, and G7 Environment LLC denies any such conduct, and has engaged in business practices within all set guidelines set forth by 3M Company, FEMA, and other Regulatory Agencies, in the distribution and/or sales and/or supplying of 3M medical supplies to First Line Responders.

3.      Defendants, and more particularly, Aurie Galvez, Pro Se, have worked within the framework of 3M retained Attorneys and Operating Procedures as provided by 3M to Defendants in the acquisition and/or distribution of 3M merchandise, namely 3M 1860s Masks to medical, governmental agencies, and/or First Responders fully within the Set of Procedures promulgated by 3M and/or 3M Attorneys.

4.      Defendants, in more particularly, Aurie Galvez and G7 Environment LLC, have consulted on numerous occasions with Attorneys who purported to be 3M approved Attorneys acting on behalf of Plaintiff, 3M, to be in compliance with 3M practices and Set of Operating Procedures.

5.      On any given transaction that Defendants, Aurie Galvez, Pro Se, and G7 Environment LLC, engaged in, said conduct was carried with the earnest belief that all Set of Procedures, protocol, regulations were adhered to in furtherance of good-will of both 3M and Defendants, for the purpose of facilitating the acquisition of 3M Respirators to be supplied to First Responders, Hospitals and/or Governmental Agencies who had sought the acquisition for such 3M merchandise.

6.      Defendants tendered any and all requisition documentation to individuals and/or companies who held themselves out to be authorized compliance entities working with 3M Company as Facilitators to expedite the acquisition and distribution of 3M Respirators to those

1  needing said merchandise due to the pandemic; and, Defendants were led to believe that the

2  Facilitators were authorized and properly sanctioned entities.

3  7.      As such, Defendants, firmly believe that Plaintiff, 3M Company, has either brought a suit

4  against the wrong parties, or, have initiated a meritless lawsuit, against Defendants named in this

5  Complaint; and Plaintiff's request for damages for Trademark Infringement, is unfounded,

6  damages for Unfair Competition, False Endorsement, False Association, and False Designation

7  of Origin are all unfounded, meritless, and brought in bad faith, Trademark Dilution is also

8  unfounded and meritless; Plaintiff's claim of False Advertising is wholly baseless, meritless, and

9  misleading; and, Plaintiff's allegations of False Advertising in Violation of California Unfair

10 Competition Law – Business & Professions Code § 17200 *et seq.*, and/or Unfair Competition are

11 also unfounded, meritless and brought in bad faith against Defendants.

12 III.    ANSWER AND DEFENSES TO THE COMPLAINT

13 A       As to statements contained in Plaintiff, 3M Company's, Introduction and alleged

14 Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7

15 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green

16 Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M

17 Company's allegations contained in the Complaint, on the basis of facts as set forth hereinabove

18 in paragraphs II. 1 through 7.

19 B.      As to statements contained in Plaintiff, 3M Company's, Introduction and alleged

20 Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7

21 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green

22 Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M

Company's allegations contained in the Complaint I IV, Paragraphs 32 and 33, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7 by Defendants.

C.     As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, D. titled 3M's Extensive Efforts to Assist in the Battle Against COVID-19, paragraphs 51 and 52, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

D.     As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, E. titled Defendants' Unlawful Conduct, paragraphs 53 through 62, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

E.     As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, VI. Titled Claims for Relief First Claim for Relief, paragraphs 63 through 78, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

F.      As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, titled Second Claim for Relief Unfair Competition,. False Endorsement, False Association, and False Designation of Origin, 15 U.S.C., § 1125(a)(1)(A), paragraphs 79 through 85, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

G.      As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, titled Third Claim for Relief Trademark Dilution, 15 U.S.C., § 1125(c), paragraphs 86, 88 through 95, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

H.      As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, titled Fourth Claim for Relief False Advertising, 15 U.S.C., § 1125(a) *et seq.*, paragraphs 96 through 101, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

I.      As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, titled Fifth Claim for Relief False Advertising in Violation of California Unfair Competition Law – Business & Professions Code, §17200 *et seq.*, paragraphs 102 through 106, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

J.      As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, titled Sixth Claim for Relief False Advertising – Business & Professions Code, §17500 *et seq.*, paragraphs 107 through 112, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

K.      As to statements contained in Plaintiff, 3M Company's, Introduction and alleged Background information, Defendants, Aurie Galvez, Pro Se, individually, and D/B/A G7 Environment LLC, Thomas Forbes, Pro Se, Individually, Kevin Allyn, Pro Se, and D/B/A Green Net, Inc., (A/K/A Green Net Corp.), deny any wrongdoing, and deny any and all of Plaintiff, 3M Company's allegations contained in the Complaint, titled Seventh Claim for Relief False Common Law Unfair Competition, paragraphs 113 through 116, on the basis of facts as set forth hereinabove in paragraphs II. 1 through 7.

1

## **DEMAND FOR JURY TRIAL**

2

3

Dated this 26th day of October, 2020.

4

5                                            Respectfully submitted,

6

7

8                                            Aurie Galvez, In Propria Persona, Individually, and
                                             D/B/A G7 Environment LLC
9

10

11                                           Thomas Forbes, In Propria Persona, Individually

12

13

14

15                                           Kevin Allyn, In Propria Persona, D/B/A
                                             Green Net Inc. (A/K/A Green Net Corp.)
16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF CONFERENCE

I hereby certify that a:

_____ 1.   A Conference has been held with Plaintiff's Counsel on prior to the filing of this Defendant's Answer;

____X___ 2.   A Conference has not been held with Plaintiff's Counsel on prior to the filing of this Defendant's Answer;

                                        _____
                                        Aurie Galvez, In Propria Persona,
                                        Individually, and D/B/A G7 Environment
                                        LLC

I hereby certify that a:

_____ 1.   A Conference has been held with Plaintiff's Counsel on prior to the filing of this Defendant's Answer;

____X___ 2.   A Conference has not been held with Plaintiff's Counsel on prior to the filing of this Defendant's Answer;

                                        _____
                                        Thomas Forbes, In Propria Persona

I hereby certify that a:

_____ 1.   A Conference has been held with Plaintiff's Counsel on prior to the filing of this Defendant's Answer;

____X___ 2.   A Conference has not been held with Plaintiff's Counsel on prior to the filing of this Defendant's Answer;

                                        _____
                                        Kevin Allyn, In Propria Persona, D/B/A
                                        Green Net Inc. (A/K/A Green Net Corp.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to this action. My business address is 6809 Magnolia Avenue Riverside, California, which is not located in the county where the mailing described took place.

On October 27, 2020 or within 72 hours thereafter, I served the foregoing document(s) described: DEFENDANTS, AURIE GALVEZ THOMAS FORBES AND KEVIN ALLYN ORIGINAL ANSWER TO CIVIL COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, TRADEMARK DILUTION AND FALSE ADVERTISING.

Which were served upon:

**BEVERIDGE & DIAMOND, P.C.**
**Attn: Kaitlyn D. Shannon**
**456 Montgomery Street, Suite 1800**
**San Francisco, California 94104**


___xx___   I deposited the foregoing documents in the United States Postal Service. Executed in Los Angeles, California.

_____ I sent the foregoing documents by Overnight Delivery.

(State)  XXXX   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Federal) _____ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____ BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the addressee(s) above.

[    ] **BY FAX TRANSMISSION.**
Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

1  fax machine that I used. A copy of the record of the fax transmission, which I printed out,
2  is attached.
3
4       I declare under penalty of perjury under the laws of the State of California that the
5  above is true and correct.
6  Executed on October 27, 2020 at Los Angeles, California
7
8
9                                                              Kevin Fuller
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





U.S. Postage Paid
FCM LG ENV
INGLEWOOD, CA
90301
OCT 27, 20
AMOUNT
$1.40
R2305M147988-05

90012

1000

PA

U.S. District Court
Central District
Attn: Clerk of the Court
255 East Temple Street
Los Angeles, CA 90012

OCT 29 2020

les
lo La Sierra Ave Ste #F-490
riverside, CA 92503