NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kevin Allyn,
10153 Riverside Drive #756
Toluca Lake, CA 91602

[No Phone]

ATTORNEY(S) FOR: In Propria Persona

FILED
CLERK, U.S. DISTRICT COURT
10/29/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: gga  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M<br><br>Plaintiff(s),<br>v.<br>G7 Environment, LLC, Green Net, Inc. (A/K/A Green Net Corp.), Aurie Galvez, et. al<br>Defendant(s) | CASE NUMBER:<br>2:20-cv-08892-PA-AFM<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Kevin Allyn_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 3M | Plaintiff |
| G7 Environment, LLC, | Defendant |
| Green Net, Inc. (A/K/A Green Net Corp.), | Defendant |
| Aurie Galvez | Defendant |
| Thomas Forbes | Defendant |
| Kevin Allyn | Defendant |

October 26, 2020
Date

Signature [signed]

Attorney of record for (or name of party appearing in pro per):

Kevin Allyn - In Propria Persona

CV-30 (05/13)  NOTICE OF INTERESTED PARTIES




rbes
lo La Sierra Ave Ste #F-490
iverside, CA 92503

U.S. District Court
Central District
Attn: Clerk of the Court
255 East Temple Street
Los Angeles, CA 90012