**BEVERIDGE & DIAMOND, P.C.**

Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff*
*3M Company*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>  *Plaintiff*,<br><br>v.<br><br>G7 ENVIRONMENT, LLC, GREEN NET, INC. (A/K/A GREEN NET CORP.), AURIE GALVEZ, THOMAS FORBES, KEVIN ALLYN, and DOES 1 – 10,<br><br>  *Defendants*. | **CASE NO. 2:20-CV-08892-PA-AFM**<br><br>**PLAINTIFF 3M COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT G7 ENVIRONMENT, LLC**<br><br>Judge:   Hon. Percy Anderson<br>Courtroom: 9A, 9th Floor<br><br>Action Filed:   September 28, 2020<br>Defendant Served: October 8, 2020<br><br>Filed Concurrently:<br>  1) Declaration of Kaitlyn D. Shannon |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, 3M Company ("3M"), hereby respectfully requests that the Clerk of the above-entitled Court enter default in this matter against Defendant G7 Environment, LLC ("G7 Environment") on the grounds that G7 Environment has failed to appear and answer the Complaint within the time prescribed by the Federal

Rules of Civil Procedure. *See* Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."); *see also Wilber v. Top Global Capital*, No. SACV 12-1448 AG (JPRx), 2013 WL 12133638, at *2 (C.D. Cal. Aug. 2, 2013) ("Defendants have failed to defend themselves in an answer or appearance.  Such inaction and lack of intent to defend is an admission of all well-pleaded allegations against the defaulting party.") (internal citations and quotation marks omitted).

3M served G7 Environment with the Summons and Complaint on October 8, 2020, by personally serving its registered agent for service of process, as evidenced by the Proof of Service. *See* Declaration of Kaitlyn D. Shannon ("Shannon Decl.") ¶ 2 & Exhibit A (Proof of Service, Dkt. No. 20, showing personal service of the Summons and Complaint on G7 Environment's registered agent for service of process, Nancy Wolf, at 2:15 pm on October 8, 2020, in Wilmington, Delaware); *see also* Fed. R. Civ. P. 4(h)(1)(B) (providing that a business entity can be served by delivering a copy of the summons and complaint to "any other agent authorized by appointment or by law to receive service of process").

Because G7 Environment was served with the Summons and Complaint on October 8, 2020, its responsive pleading was due on or before October 29, 2020. *See* Fed. R. Civ. P. 12(a)(1) (responsive pleading is due twenty-one days after service). To date, G7 Environment has not made a general appearance or filed a responsive pleading. *See* Shannon Decl. ¶ 4.  G7 Environment is not a minor or incompetent or in military service or otherwise exempted under the Servicemembers Civil Relief Act. *Id.* ¶ 5; *see also* Fed. R. Civ. P. 55(b)(1); L.R. 55-1.

Defendant Aurie Galvez ("Galvez") answered the Complaint on October 29, 2020, in his individual capacity, and appears to have intended to answer on behalf of G7 Environment as well.  *See* Defendants' Original Answer to Complaint, Dkt. No. 22, at 2, 8 (Galvez answering "Individually, and D/B/A G7 Environment LLC").

However, Galvez is proceeding *pro se* in this matter, *see id.*; no attorney has entered an appearance on behalf of G7 Environment. Per Local Rule 83-2.2.2: "Only individuals may represent themselves *pro se*. No organization or entity of any other kind (including . . . limited liability corporations . . .) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." *See also Curry v. GMAC Mortg.*, No. CV 10-08014 MMM (PLAx), 2010 WL 4553503, at *2 (C.D. Cal. Nov. 3, 2010) ("[I]t is well established that a corporation can only appear in federal court through counsel.") (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993); *In re Am. West Airlines,* 40 F.3d 1058, 1059 (9th Cir. 1994)).

Accordingly, because Galvez cannot represent G7 Environment *pro se*, *see Curry*, 2010 WL 4553503, at *3, he cannot answer the Complaint on behalf of G7 Environment. And because G7 Environment has not appeared through counsel and answered the Complaint, G7 Environment is in default.

Finally, because G7 Environment failed to respond as required by law, it is not entitled to any further notice before entry of its default. *See Hawaii Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986).

DATED this 18th day of November 2020.

Respectfully submitted,

**BEVERIDGE & DIAMOND, P.C.**

By: */s/ Kaitlyn D. Shannon*
Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff 3M Company*

## **PROOF OF SERVICE**

I, Kelly N. Bennett, declare that I am over the age of 18 years, and am not a party to the within action. I am employed in the County of San Diego, State of California, where the mailing occurs.

On November 18, 2020, I served the following documents on the parties listed below by placing a true and correct copy of the documents in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to the delivered to a Federal Express agent for delivery, in the manner as provided by Fed. R. Civ. P. 5(b) and L.R. 5-3.1.2:

1. **Plaintiff 3M Company's Request for Entry of Default Against Defendant G7 Environment, LLC; and**
2. **Declaration of Kaitlyn D. Shannon.**

Parties Served:

Aurie Galvez (Pro Se)
9350 Wilshire Boulevard, Suite 203
Beverly Hills, California 90212

Thomas Forbes (Pro Se)
3410 La Sierra Ave., Ste. F-496
Riverside, California 92503

Kevin Allyn (Pro Se)
10153 Riverside Dr., #756
Toluca Lake, California 91602

G7 Environment, LLC
c/o Nany Wolf (Registered Agent)
3524 Silverside Rd., Suite 35B
Wilmington, Delaware 19810

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 18, 2020 in San Diego, California.

*/s/ Kelly N. Bennett*
Kelly N. Bennett