**BEVERIDGE & DIAMOND, P.C**

Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff*
*3M Company*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>G7 ENVIRONMENT, LLC, ET AL,<br><br>*Defendants*. | **CASE NO. 2:20-CV-08892-PA-AFM**<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:  Hon. Percy Anderson<br>Courtroom: 9A, 9th Floor<br><br>Action Filed: September 28, 2020<br><br>Jury Trial Demanded |

COMES NOW Plaintiff, 3M Company ("3M") in response to the Court's November 9, 2020, Order to Show Cause re: Dismissal for Lack of Prosecution (Dkt. No. 25) and respectfully submits that this action should <u>not</u> be dismissed for lack of prosecution, as to Defendant G7 Environment, LLC ("G7 Environment"), because on November 18, 2020, 3M requested the Clerk of this Court to enter default against G7 Environment for failing to appear and answer the Complaint within the time prescribed by the Federal Rules of Civil Procedure. *See* Plaintiff 3M Company's Request for Entry of Default Against Defendant G7 Environment, LLC; Dkt. No 26.

DATED this 18th day of November 2020.

                                        Respectfully submitted,

                                        **BEVERIDGE & DIAMOND, P.C.**

By:  */s/ Kaitlyn D. Shannon*
Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff 3M Company*

3M COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE
CASE No. 2:20-cv-08892-PA-AFM
- 2 -

# PROOF OF SERVICE

I, Kelly N. Bennett, declare that I am over the age of 18 years, and am not a party to the within action.  I am employed in the County of San Diego, State of California, where the mailing occurs.

On November 18, 2020, I served the following documents on the parties listed below by placing a true and correct copy of the documents in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to the delivered to a Federal Express agent for delivery, in the manner as provided by Fed. R. Civ. P. 5(b) and L.R. 5-3.1.2:

**1.  Plaintiff 3M Company's Response to Order to Show Cause.**

<u>Parties Served:</u>

Aurie Galvez (Pro Se)
9350 Wilshire Boulevard, Suite 203
Beverly Hills, California 90212

Thomas Forbes (Pro Se)
3410 La Sierra Ave., Ste. F-496
Riverside, California 92503

Kevin Allyn (Pro Se)
10153 Riverside Dr., #756
Toluca Lake, California 91602

G7 Environment, LLC
c/o Nany Wolf (Registered Agent)
3524 Silverside Rd., Suite 35B
Wilmington, Delaware 19810

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 18, 2020 in San Diego, California.

*/s/ Kelly N. Bennett*
Kelly N. Bennett