**BEVERIDGE & DIAMOND, P.C.**

Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff*
*3M Company*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>G7 ENVIRONMENT, LLC, et al.,<br><br>*Defendants*. | **CASE NO. 2:20-CV-08892-PA-AFM**<br><br>**PLAINTIFF 3M COMPANY'S NOTICE OF MOTION TO STRIKE DEFENDANTS' ANSWER**<br><br>Judge:      Hon. Percy Anderson<br>Courtroom: 9A, 9th Floor<br><br>Hearing Date: January 25, 2021<br>Hearing Time: 1:30 p.m.<br><br>Filed Concurrently:<br>　1) Plaintiff 3M Company's Motion to Strike Defendants' Answer<br>　2) Declaration of Kelly N. Bennett<br>　3) Proposed Order |

PLEASE TAKE NOTICE that, at 1:30 p.m. on January 25, 2021, or as soon thereafter as the matter may be heard in Courtroom 9A before Judge Anderson for the U.S. District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, Plaintiff 3M Company ("3M") will move this Court

to strike the answer filed by *pro se* Defendants Galvez, Forbes, and Allyn (Dkt. No. 22) as a proper sanction under Fed. R. Civ. P. 16(f)(1)(c) and 37(b)(2)(A)(iii), and L.R. 83-2.2.4, for Defendants' refusal to cooperate on scheduling the parties' initial conference and failure to comply with the Court's November 6, 2020, scheduling order (Dkt. No. 24) and the Federal Rules of Civil Procedure.

This motion is based upon this Notice of Motion, the accompanying Plaintiff 3M Company's Motion to Strike Defendants' Answer and Declaration of Kelly N. Bennett and exhibits attached thereto, and on such argument of counsel and additional evidence as may be considered at the hearing.

Regarding L.R. 7-3's pre-filing conferencing requirement, this motion is made following two attempts by 3M's counsel to schedule a conference with Defendants. Specifically, as set forth in the accompanying Plaintiff 3M Company's Motion to Strike Defendants' Answer, counsel for 3M has twice written to Defendants Galvez, Forbes, and Allyn – by letters dated November 9 and 18, 2020, and delivered via Federal Express on November 10 and 20, 2020, respectively – requesting that Defendants contact 3M's counsel to schedule the parties' initial conference. As of the filing of this Notice of Motion, 3M's counsel has not received a response of any kind from Defendant Galvez, Forbes, or Allyn.

| | | |
|---|---|---|
| 1 | DATED: December 14, 2020 | **BEVERIDGE & DIAMOND, P.C.** |
| 2 | | By: */s/ Kaitlyn D. Shannon* |
| 3 | | Kaitlyn D. Shannon (SBN 296735) |
| | | 456 Montgomery Street, Suite 1800 |
| 4 | | San Francisco, California 94104-1251 |
| 5 | | Phone: (415) 262-4000 |
| | | Email: kshannon@bdlaw.com |

DATED: December 14, 2020    **BEVERIDGE & DIAMOND, P.C.**

By: */s/ Kaitlyn D. Shannon*
Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff 3M Company*