**BEVERIDGE & DIAMOND, P.C.**

Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff*
*3M Company*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>   *Plaintiff*,<br><br> v.<br><br>G7 ENVIRONMENT, LLC, et al.,<br><br>   *Defendants*. | **CASE NO. 2:20-CV-08892-PA-AFM**<br><br>**DECLARATION OF KELLY N. BENNETT IN SUPPORT OF PLAINTIFF 3M COMPANY'S MOTION FOR EXPEDITED CONTINUANCE OF SCHEDULING CONFERENCE *AND* MOTION TO STRIKE DEFENDANTS' ANSWER**<br><br>Judge:  Hon. Percy Anderson<br>Courtroom: 9A, 9th Floor<br><br>Hearing on Motion for Continuance:<br> Dec. 21, 2020, at 1:30 p.m.<br>Hearing on Motion to Strike:<br> January 25, 2021, at 1:30 p.m.<br><br>Filed Concurrently:<br> 1) Motion for Expedited Continuance of Scheduling Conference<br> 2) Motion to Strike Defendants' Answer |

## DECLARATION OF KELLY N. BENNETT

I, Kelly N. Bennett, declare as follows:

1.     I am over the age of 18 years, and am not a party to the within action.  I am employed in the County of San Diego, State of California, as a paralegal with the law firm of Beveridge & Diamond, P.C., counsel for Plaintiff 3M Company ("3M").  I submit this Declaration in support of 3M's Motion for Expedited Continuance of Scheduling Conference and Motion to Strike Defendants' Answer.  If called as a witness, I could and would testify competently to the facts stated in this Declaration.

2.     Attached hereto as Exhibits A and B are true and correct copies of letters (without noted enclosures) that 3M's counsel, Bryan J. Moore, wrote to Defendants Galvez, Forbes, and Allyn.  At Mr. Moore's direction, I served Exhibits A and B (with noted enclosures) on Defendants Galvez, Forbes, and Allyn on the dates and in the manner described below.

3.     On November 9, 2020, I served Exhibit A (with noted enclosures) on Defendants Galvez, Forbes, and Allyn by placing a true and correct copy of the documents in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery, in the manner as provided by Fed. R. Civ. P. 5(b) and L.R. 5-3.1.2:

Aurie Galvez (Pro Se)
9350 Wilshire Boulevard, Suite 203
Beverly Hills, California 90212

Thomas Forbes (Pro Se)
3410 La Sierra Ave., Ste. F-496
Riverside, California 92503

Kevin Allyn (Pro Se)
10153 Riverside Dr., #756
Toluca Lake, California 91602

4.     On November 18, 2020, I served Exhibit B (with noted enclosures) on Defendants Galvez, Forbes, and Allyn by placing a true and correct copy of the

documents in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery, in the manner as provided by Fed. R. Civ. P. 5(b) and L.R. 5-3.1.2:

Aurie Galvez (Pro Se)
9350 Wilshire Boulevard, Suite 203
Beverly Hills, California 90212

Thomas Forbes (Pro Se)
3410 La Sierra Ave., Ste. F-496
Riverside, California 92503

Kevin Allyn (Pro Se)
10153 Riverside Dr., #756
Toluca Lake, California 91602

5.      Attached hereto as Exhibit C are true and correct copies of the delivery confirmations that I received from Federal Express, confirming delivery of Exhibit A (with noted enclosures) on Defendants Galvez, Forbes, and Allyn on November 10, 2020.

6.      Attached hereto as Exhibit D are true and correct copies of the delivery confirmations that I received from Federal Express, confirming delivery of Exhibit B (with noted enclosures) on Defendants Galvez, Forbes, and Allyn on November 20, 2020.

7.      The "FROM" address in each delivery confirmation in Exhibits C and D is Mr. Moore's office address; however, per the Federal Express tracking history, as shown in Exhibits C and D, the Federal Express envelopes containing Exhibits A and B (with noted enclosures) were delivered to a Federal Express agent for delivery (by me) in San Diego, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 14, 2020            By:   */s/ Kelly N. Bennett*
                                                    Kelly N. Bennett

# EXHIBIT A



Bryan Moore, Esq.
400 W. 15th St., Ste. 1410
Austin, Texas 78701
+1.512.391.8030
bmoore@bdlaw.com

November 9, 2020

*Via Overnight Mail*

Aurie Galvez
9350 Wilshire Blvd., Ste. 203
Beverly Hills, CA  90212

Thomas Forbes
3410 La Sierra Ave., Ste. F-496
Riverside, CA  92503

Kevin Allyn
10153 Riverside Dr. #756
Toluca Lake, CA  91602

   Re: *3M Company v. G7 Environment, LLC, et al.*, Case No. 2:20-cv-08892-PA-AFM
     United States District Court for the Central District of California
     Court's Order re: Scheduling Meeting of Counsel and Scheduling Conference

Messrs. Galvez, Forbes & Allyn:

   I am among the attorneys representing Plaintiff 3M Company in the above-referenced lawsuit.  I write today to ensure that you have each received a copy of the enclosed order issued by Judge Anderson, and to schedule the parties' initial conference per Judge Anderson's order and Rule 26(f) of the Federal Rules of Civil Procedure.

   Given that each of you is proceeding in this matter *in propria persona*, for your reference I have enclosed copies of Rules 16 and 26 of the Federal Rules of Civil Procedure – the two Federal Rules of Civil Procedure cited in Judge Anderson's order.

   Per Judge Anderson's order and Rule 26(f) of the Federal Rules of Civil Procedure, we would propose that the parties meet and confer by telephone conference the week of November 16, 2020, to consider and discuss the matters set forth in Rule 26(f)(2) and those additional items set forth in Judge Anderson's order.  One or more of the attorneys representing Plaintiff 3M Company in this matter will be available to attend a conference of the parties the week of November 16, and the attorney(s) attending the conference will have authority to enter into stipulations regarding all matters pertaining to the conduct of the case.  We are generally available the week of November 16 for a one- to two-hour telephone conference, with the exception of the morning of November 18. Please reply to this letter listing dates and times the week of November 16 that you are available



November 9, 2020
Page 2

and we will schedule the meet and confer telephone conference for a date and time the week of November 16 that is available for all parties.

Given the need for timely and prompt correspondence and exchanges between the parties regarding the parties' initial conference and compliance with Judge Anderson's order, we would propose to establish ongoing lines of communication via electronic mail and/or telephone. To that end, my email address and telephone number are listed in the header on the first page of this letter. So that the parties may efficiently and timely schedule and convene the required initial conference, and otherwise comply with Judge Anderson's order and the deadlines therein, I would strongly encourage each of you, or the three of you jointly, to reply to this letter via email to bmoore@bdlaw.com.

Sincerely,

Bryan J. Moore
Principal

Enclosures
cc:     Jillian C. Joseph (*via email*: jjoseph@mayerbrown.com)
        Mayer Brown LLP
        Counsel for Plaintiff 3M Company

        Kaitlyn D. Shannon (*via email*: kshannon@bdlaw.com)
        Beveridge & Diamond, P.C.
        Counsel for Plaintiff 3M Company

# EXHIBIT B



Bryan Moore, Esq.
400 W. 15th St., Ste. 1410
Austin, Texas 78701
+1.512.391.8030
bmoore@bdlaw.com

November 18, 2020

***Via Overnight Mail***

Aurie Galvez
9350 Wilshire Blvd., Ste. 203
Beverly Hills, CA  90212

Thomas Forbes
3410 La Sierra Ave., Ste. F-496
Riverside, CA  92503

Kevin Allyn
10153 Riverside Dr. #756
Toluca Lake, CA  91602

      Re:    *3M Company v. G7 Environment, LLC, et al.*, Case No. 2:20-cv-08892-PA-AFM
                 United States District Court for the Central District of California
                 Court's Order re: Scheduling Meeting of Counsel and Scheduling Conference

Messrs. Galvez, Forbes & Allyn:

As of today, I have not heard back from you regarding my November 9 letter to schedule the required meeting of counsel.  I write once again to invite and urge you to attend an initial conference of the parties, per Judge Anderson's November 6 order and Rule 26(f) of the Federal Rules of Civil Procedure.  I have again enclosed Judge Anderson's order as a courtesy.

Per Judge Anderson's order and Rule 26(f) of the Federal Rules of Civil Procedure, the parties <u>must</u> confer as soon as practicable – and in any event <u>at least 21 days before</u> the Scheduling Conference that Judge Anderson has set for December 28.  Accordingly, time is of the essence, particularly given the intervening Thanksgiving Day holiday.

I and my co-counsel representing Plaintiff 3M Company in this matter stand ready and available to meet with you by telephone conference any weekday of your choosing before December 7, with the exception of November 26 (Thanksgiving Day), to consider and discuss the matters set forth in Federal Rule of Civil Procedure 26(f)(2) and those additional items set forth in Judge Anderson's order.  Please promptly reply to this letter listing dates and times before December 7 that you are available and we will schedule the meet and confer telephone conference for a date and time that is available for all parties.



November 18, 2020
Page 2

      Given the pressing need for timely and prompt correspondence and exchanges between the parties regarding the parties' initial conference and compliance with Judge Anderson's order, we again propose and urge you to establish ongoing lines of communication via electronic mail and/or telephone.  To that end, my email address and telephone number are listed in the header on the first page of this letter.  So that the parties may efficiently and timely schedule and convene the required initial conference, and otherwise comply with Judge Anderson's order and the deadlines therein, <u>I implore each of you, or the three of you jointly, to reply to this letter promptly via email</u> to <u>bmoore@bdlaw.com</u>.

Sincerely,

Bryan J. Moore, Principal
Counsel for Plaintiff 3M Company

Enclosures
cc:     Jillian C. Joseph (*via email*: jjoseph@mayerbrown.com)
        Mayer Brown LLP
        Counsel for Plaintiff 3M Company

        Kaitlyn D. Shannon (*via email*: kshannon@bdlaw.com)
        Beveridge & Diamond, P.C.
        Counsel for Plaintiff 3M Company

# EXHIBIT C



772031538895 ✏️

  

# Delivered
## Tuesday 11/10/2020 at 10:04 am

**DELIVERED**

Signed for by: A.AURIE



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Bryan Moore | Aurie Galvez |
| 400 W. 15th Street | 9350 Wilshire Blvd. |
| Ste. 1410 | Suite 203 |
| Austin, TX US 78701 | BEVERLY HILLS, CA US 90212 |
| 512 391-8030 | 512 391-8012 |

## Shipment Facts

**TRACKING NUMBER**
772031538895

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
1 lbs / 0.45 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
04254-019346

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
ⓘ
11/10/2020 by 10:30 am

**SHIP DATE**
ⓘ
Mon 11/09/2020

**ACTUAL DELIVERY**
Tue 11/10/2020 10:04 am

## Travel History

Local Sc ⌄

Tuesday , 11/10/2020

| 10:04 am | | BEVERLY HILLS, CA | Delivered |
|---|---|---|---|

| 8:38 am | INGLEWOOD, CA | On FedEx vehicle for delivery |
| 7:35 am | INGLEWOOD, CA | At local FedEx facility |
| 2:32 am | LOS ANGELES, CA | At destination sort facility |
| 1:33 am | OAKLAND, CA | Departed FedEx location |
| **Monday , 11/09/2020** | | |
| 9:42 pm | OAKLAND, CA | Arrived at FedEx location |
| 7:02 pm | SAN DIEGO, CA | Left FedEx origin facility |
| 4:57 pm | SAN DIEGO, CA | Picked up |
| 2:29 pm | | Shipment information sent to FedEx |



772032401402 ✏️

  

# Delivered
## Tuesday 11/10/2020 at 9:45 am

**DELIVERED**

Signed for by: N.PATEL



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Bryan Moore | Thomas Forbes |
| 400 W. 15th Street | 3410 La Sierra Ave. |
| Ste. 1410 | Ste. F-496 |
| Austin, TX US 78701 | RIVERSIDE, CA US 92503 |
| 512 391-8030 | 512 391-8012 |

## Shipment Facts

**TRACKING NUMBER**
772032401402

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
1 lbs / 0.45 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
04254-019346

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
ⓘ
11/10/2020 by 10:30 am

**SHIP DATE**
ⓘ
Mon 11/09/2020

**ACTUAL DELIVERY**
Tue 11/10/2020 9:45 am

## Travel History

Local Sc...  ⌄

Tuesday , 11/10/2020

9:45 am      RIVERSIDE, CA      Delivered

| | | |
|---|---|---|
| 8:54 am | ONTARIO, CA | On FedEx vehicle for delivery |
| 6:23 am | ONTARIO, CA | At local FedEx facility |
| 2:51 am | OAKLAND, CA | Departed FedEx location |
| Monday , 11/09/2020 | | |
| 9:42 pm | OAKLAND, CA | Arrived at FedEx location |
| 7:02 pm | SAN DIEGO, CA | Left FedEx origin facility |
| 4:57 pm | SAN DIEGO, CA | Picked up |
| 3:11 pm | | Shipment information sent to FedEx |



772032804696 

  

# Delivered
## Tuesday 11/10/2020 at 10:01 am

**DELIVERED**

Signed for by: W.WOLF



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Bryan Moore | Kevin Allyn |
| 400 W. 15th Street | 10153 Riverside Dr. |
| Ste. 1410 | #756 |
| Austin, TX US 78701 | NORTH HOLLYWOOD, CA US 91602 |
| 512 391-8030 | 512 391-8012 |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 772032804696 | FedEx Priority Overnight | 1 lbs / 0.45 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Mailroom | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 1 lbs / 0.45 kgs | Shipper | 04254-019346 |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** |
| FedEx Envelope | Deliver Weekday | 11/10/2020 by 10:30 am |
| **SHIP DATE** | **ACTUAL DELIVERY** | |
| Mon 11/09/2020 | Tue 11/10/2020 10:01 am | |

## Travel History

Local Scan Time 

Tuesday , 11/10/2020

| | | | |
|---|---|---|---|
| 10:01 am | TOLUCA LAKE, CA | Delivered | |

| 8:48 am | SUN VALLEY, CA | On FedEx vehicle for delivery |
| 8:04 am | SUN VALLEY, CA | At local FedEx facility |
| 8:04 am | SUN VALLEY, CA | At local FedEx facility |
| 2:32 am | LOS ANGELES, CA | At destination sort facility |
| 1:33 am | OAKLAND, CA | Departed FedEx location |

**Monday , 11/09/2020**

| 9:42 pm | OAKLAND, CA | Arrived at FedEx location |
| 7:02 pm | SAN DIEGO, CA | Left FedEx origin facility |
| 4:57 pm | SAN DIEGO, CA | Picked up |
| 3:31 pm | | Shipment information sent to FedEx |

# EXHIBIT D



  

772119098866 ✏️

# Delivered
## Friday 11/20/2020 at 9:29 am



**DELIVERED**

Signature release on file

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Bryan Moore | Aurie Galvez |
| 400 W. 15th Street | 9350 Wilshire Blvd. |
| Ste. 1410 | Suite 203 |
| Austin, TX US 78701 | BEVERLY HILLS, CA US 90212 |
| 512 391-8030 | 512 391-8012 |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 772119098866 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| DELIVERY ATTEMPTS | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| 1 | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | 04254-019346 | FedEx Envelope |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday | ❓ | ❓ |
| | 11/20/2020 by 10:30 am | Thu 11/19/2020 |

**ACTUAL DELIVERY**
Fri 11/20/2020 9:29 am

## Travel History

Local Scan Time 

**Friday , 11/20/2020**

| 9:29 am | BEVERLY HILLS, CA | Delivered |
|---|---|---|
| | | Package delivered to recipient address - release authorized |
| 8:45 am | INGLEWOOD, CA | On FedEx vehicle for delivery |

| 7:49 am | INGLEWOOD, CA | At local FedEx facility |
| 4:06 am | LOS ANGELES, CA | At destination sort facility |
| 2:59 am | OAKLAND, CA | Departed FedEx location |

**Thursday , 11/19/2020**

| 9:39 pm | OAKLAND, CA | Arrived at FedEx location |
| 6:15 pm | SAN DIEGO, CA | Left FedEx origin facility |
| 5:00 pm | SAN DIEGO, CA | Picked up |

**Wednesday , 11/18/2020**

| 12:25 pm | | Shipment information sent to FedEx |



Track your package or shipment with FedEx tracking

772119171656 ✏️

  

# Delivered
## Friday 11/20/2020 at 9:12 am

**DELIVERED**

Signed for by: K.VAUGHN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Bryan Moore | Thomas Forbes |
| 400 W. 15th Street | 3410 La Sierra Ave. |
| Ste. 1410 | Ste. F-496 |
| Austin, TX US 78701 | RIVERSIDE, CA US 92503 |
| 512 391-8030 | 512 391-8012 |

## Shipment Facts

**TRACKING NUMBER**
772119171656

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
04254-019346

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
⊙
11/20/2020 by 10:30 am

**SHIP DATE**
⊙
Thu 11/19/2020

**ACTUAL DELIVERY**
Fri 11/20/2020 9:12 am

## Travel History

Local Sc... 

Friday , 11/20/2020

| 9:12 am | RIVERSIDE, CA | Delivered |
|---|---|---|

| 8:04 am | ONTARIO, CA | On FedEx vehicle for delivery |
| 7:39 am | ONTARIO, CA | At local FedEx facility |
| 2:39 am | OAKLAND, CA | Departed FedEx location |
| **Thursday , 11/19/2020** | | |
| 9:39 pm | OAKLAND, CA | Arrived at FedEx location |
| 6:15 pm | SAN DIEGO, CA | Left FedEx origin facility |
| 5:00 pm | SAN DIEGO, CA | Picked up |
| **Wednesday , 11/18/2020** | | |
| 12:29 pm | | Shipment information sent to FedEx |



772119148121 ✎

  

# Delivered
## Friday 11/20/2020 at 10:29 am

**DELIVERED**

Signed for by: S.SWEENY



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Bryan Moore | Kevin Allyn |
| 400 W. 15th Street | 10153 Riverside Dr. |
| Ste. 1410 | #756 |
| Austin, TX US 78701 | NORTH HOLLYWOOD, CA US 91602 |
| 512 391-8030 | 512 391-8012 |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 772119148121 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
04254-019346

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
11/20/2020 by 10:30 am

**SHIP DATE**
Thu 11/19/2020

**ACTUAL DELIVERY**
Fri 11/20/2020 10:29 am

## Travel History

Local Scan Time 

**Friday , 11/20/2020**

| | | |
|---|---|---|
| 10:29 am | TOLUCA LAKE, CA | Delivered |

| 9:50 am | SUN VALLEY, CA | On FedEx vehicle for delivery |
| 7:56 am | SUN VALLEY, CA | At local FedEx facility |
| 2:37 am | LOS ANGELES, CA | At destination sort facility |
| 1:42 am | OAKLAND, CA | Departed FedEx location |

**Thursday , 11/19/2020**

| 9:39 pm | OAKLAND, CA | Arrived at FedEx location |
| 6:15 pm | SAN DIEGO, CA | Left FedEx origin facility |
| 5:00 pm | SAN DIEGO, CA | Picked up |

**Wednesday , 11/18/2020**

| 12:27 pm | | Shipment information sent to FedEx |