**BEVERIDGE & DIAMOND, P.C.**

Kaitlyn D. Shannon (SBN 296735)
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Phone: (415) 262-4000
Email: kshannon@bdlaw.com

Bryan J. Moore (*pro hac vice*)
400 West 15th Street, Suite 1410
Austin, Texas 78701-1648
Phone: (512) 391-8030
Email: bmoore@bdlaw.com

*Attorneys for Plaintiff*
*3M Company*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>G7 ENVIRONMENT, LLC, et al.,<br><br>*Defendants*. | **CASE NO. 2:20-CV-08892-PA-AFM**<br><br>**PLAINTIFF 3M COMPANY'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GREEN NET, INC.**<br><br>Judge:     Hon. Percy Anderson<br>Courtroom: 9A, 9th Floor |

PLEASE TAKE NOTICE that, in response to the Court's January 15, 2021, Order to Show Cause Re: Dismissal for Lack of Prosecution as to Defendant Green Net, Inc. (Dkt. 39) and January 29, 2021 Minute Order in Chambers (Dkt. 45), Plaintiff 3M Company ("3M") hereby voluntarily dismisses this action only as to Defendant Green Net, Inc. (a/k/a Green Net Corp.) per Fed. R. Civ. P. 41(a)(1)(A)(i). Green Net, Inc. (a/k/a Green Net Corp.) has not previously been served with summons and 3M's original complaint, and has not served either an answer or a motion for summary judgment. Per Fed. R. Civ. P. 41(a)(1)(B), 3M's voluntary dismissal of Green Net, Inc. (a/k/a Green Net Corp.) is without prejudice.

| | |
|---|---|
| DATED: February 3, 2021 | **BEVERIDGE & DIAMOND, P.C.** |
| | By: */s/ Kaitlyn D. Shannon* |
| | Kaitlyn D. Shannon (SBN 296735) |
| | 456 Montgomery Street, Suite 1800 |
| | San Francisco, California 94104-1251 |
| | Phone: (415) 262-4000 |
| | Email: kshannon@bdlaw.com |
| | |
| | Bryan J. Moore (*pro hac vice*) |
| | 400 West 15th Street, Suite 1410 |
| | Austin, Texas 78701-1648 |
| | Phone: (512) 391-8030 |
| | Email: bmoore@bdlaw.com |
| | |
| | *Attorneys for Plaintiff 3M Company* |

# **PROOF OF SERVICE**

I, Kelly Bennett, declare that I am over the age of 18 years, and am not a party to the within action. I am employed in the County of San Diego, State of California, where the mailing occurs.

On February 3, 2021, I served the following document on the parties listed below by placing a true and correct copy of the document in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery, in the manner as provided by Fed. R. Civ. P. 5(b) and L.R. 5-3.1.2:

**1. Plaintiff 3M Company's Notice of Voluntary Dismissal of Defendant Green Net, Inc.**

Parties Served:

Aurie Galvez (Pro Se)
9350 Wilshire Boulevard, Suite 203
Beverly Hills, California 90212

Thomas Forbes (Pro Se)
3410 La Sierra Ave., Ste. F-496
Riverside, California 92503

Kevin Allyn (Pro Se)
10153 Riverside Dr., #756
Toluca Lake, California 91602

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 3, 2021 in San Diego, California.

*/s/ Kelly N. Bennett*
Kelly Bennett